UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21416-GAYLES/TORRES

PNI LITIGATION TRUST,

     Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A., et al.,

     Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report"), [ECF No. 165], regarding Defendant RSUI Indemnity Company's ("RSUI") Motion for Bill of Costs ("Motion"), [ECF No. 151]. On April 29, 2021, the Court referred this case to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 29]. On January 31, 2024, Judge Torres issued his Report recommending that the Court grant RSUI's Motion. [ECF No. 165]. The parties have not objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Torres' well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 165], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant RSUI Indemnity Company's Motion for Bill of Costs, [ECF No. 151], is **GRANTED**. Defendant RSUI Indemnity Company shall be awarded $22,365.87 in taxable costs, plus applicable post-judgment interest from the date of judgment, as the prevailing party in this action, for which sum let execution issue.

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of February, 2024.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE